IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROLINE DELORIS MORRIS,

    Plaintiff,

v.                              Civil Action No. 3:06cv51

HENRICO COUNTY SCHOOLS,

    Defendant.

**MEMORANDUM OPINION**

This matter is before the Court on the MOTION TO DISMISS (Docket No. 4) which was filed by the defendant, Henrico County Schools, seeking dismissal of the Complaint filed by the plaintiff, Jeroline Deloris Morris, on the ground that the Complaint fails to state a claim upon which relief can be granted. The defendant properly served the Notice required by Local Rule 7(K) and <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975). The time for filing a response has expired and the plaintiff has not responded. For the reasons set forth below, the MOTION TO DISMISS is granted.

**STATEMENT OF FACTS**

The Complaint in this action is disjointed, and the faulty grammar which permeates its presentation make understanding the Compliant very difficult. According the Complaint the most generous reading, it appears that the plaintiff intends to assert that somehow she was treated unfairly the defendant because she was not hired as a "board substitute." Apparently, the plaintiff

served as a substitute teacher and was criticized in several different schools as incompetent. She ultimately resigned. It is difficult to ascertain the theory upon which the plaintiff seeks relief, but she appears to request that the Court require three teachers to "show their provisional licenses and the issuing date" because she has qualifications that those teacher do not and because she received "bad write ups" when other teachers did not.

## DISCUSSION

Reviewing the Complaint in the light most favorable to the plaintiff, the Court can find no federal claim asserted either under any federal statute or any federal constitutional provision. There appears to be no other basis for jurisdiction in this Court. Therefore, the action will be dismissed for lack of subject matter jurisdiction.

The Clerk is directed to send a copy of this Memorandum Opinion to the plaintiff and counsel for the defendant.

It is so ORDERED.

/s/
Robert E. Payne
United States District Judge

Richmond, Virginia
Date: March 14, 2006